AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 10 Civ. 7784 (HB)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Police Officer Wayne Roberson
was received by me on *(date)*   10/12/2010   .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*   Sergeant Staton of Transit District 3   , who is
designated by law to accept service of process on behalf of *(name of organization)*   the NYPD, Transit District 3
and Police Officer Roberson   on *(date)*   10/22/2010   ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $   0.00   for travel and $   0.00   for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   10/22/2010

*David M. Hazan* (signature)
*Server's signature*

David M. Hazan, Esq.
*Printed name and title*

Jacobs & Hazan, LLP
22 Cortlandt Street, 16th Floor
New York, New York 10007
*Server's address*

Additional information regarding attempted service, etc:

Police Officer Wayne Roberson was served at approximately 12:55 p.m. on 10/22/2010, at Transit District 3 located inside of the subway station located at 145th Street/St. Nicholas Ave, New York, New York 10039. Sergeant Staton, an African American female in her 30's, was seated at the main desk inside of the stationhouse and accepted service for Officer Roberson.